People v Wagoner (2024 NY Slip Op 04720)

People v Wagoner

2024 NY Slip Op 04720

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, MONTOUR, AND KEANE, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (1180/20) KA 16-02366.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
TINA L. WAGONER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reconsideration of motion for writ of error coram nobis and other relief denied.